**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,
Plaintiff,
vs.
Holly Nicole Davis,
Defendant.

No. 05-6262M

**MATERIAL WITNESS ORDER**

Defendant, Holly Nicole Davis having been charged in the District of Arizona with a violation of Title 8, United States Code, § 1324(a)(1)(A)(ii) and the Magistrate Judge having determined from the affidavit of Christopher B. Hartsuiker filed in this case, the following persons can provide testimony that is material to the offense(s) alleged in the complaint, indictment, information:

Evodio Lopez-Bartolon
Juan Carlos Diaz-Calvez

The Magistrate Judge finds that it may become impracticable to secure the presence of the witnesses by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

**IT IS ORDERED** that the witnesses shall be detained pursuant to 18 U.S.C. § 3144 in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal. The witnesses shall be afforded a reasonable opportunity for private consultation with counsel.

DATED this 1st day of December, 2005.

David K. Duncan
United States Magistrate Judge